DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY PHIPPS, SR.,**
Appellant,

v.

**ALITA DAVIS,**
Appellee.

No. 4D22-1431

[May 18, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 562017DR003222.

Timothy Clate Phipps I, Fredericksburg, Virginia, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

*            *            *

***Not final until disposition of timely filed motion for rehearing.***